# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:  RMI AUTOMOTIVE INC, | §  Case No. 04-40758-RG |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND                 , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

    The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    Northern District of Illinois
    219 S. Dearborn
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 11/18/2010, in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  09/18/2010               By:   JOSEPH R. VOILAND
                                                                                                     Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  RMI AUTOMOTIVE INC, | § | Case No. 04-40758-RG |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $     17,358.27 |
| *and approved disbursements of* | $          666.80 |
| *leaving a balance on hand of* [1] | $     16,691.47 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $     2,485.83 | $          264.94 |
| *Attorney for trustee* | JOSEPH R. VOILAND | $     5,582.50 | $          366.76 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $     1,800.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $125,100.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1P | Illinois Dept. Employment Security | $ 2,751.41 | $ 0.00 |
| 5P | Department of the Treasury IRS | $ 22,699.42 | $ 0.00 |
| 5S | Department of the Treasury IRS | $ 99,650.00 | $ 6,191.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,680.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1U | Illinois Dept. Employment Security | $ 220.00 | $ 0.00 |
| 2 | American Green Inc | $ 21,733.00 | $ 0.00 |
| 3 | Fifth Third Bank | $ 83,087.17 | $ 0.00 |
| 4 | Clipper Magazine Inc. | $ 7,099.00 | $ 0.00 |
| 5U | Department of the Treasury IRS | $ 6,541.24 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 97,255.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Indiana Insurance | $ 789.14 | $ 0.00 |
| 7 | Kane County Chronicle | $ 1,123.03 | $ 0.00 |
| 9 | Kaknes Landscape Supply Inc | $ 16,885.83 | $ 0.00 |
| 10 | McCann Inc | $ 4,985.98 | $ 0.00 |
| 11 | Labor Network INc | $ 71,489.86 | $ 0.00 |
| 12 | Cingular Wireless | $ 352.94 | $ 0.00 |
| 13U | Illinois Department of Revenue | $ 1,629.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

In addition to the expenses of administration listed above as may be allowed by the court, a secured claim totaling $99,650.00 must be paid in advance of any dividend to priority claimants and general unsecured creditors.

The allowed secured claim is:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5S | Dept. of the Treasury-Internal Revenue Service | $99,650.00 | $6,191.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $125,100.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Illinois Dept. Employment Security | $ 2,751.41 | $ 0.00 |
| 5P | Department of the Treasury IRS | $ 22,699.42 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,680.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Illinois Dept. Employment Security | $ 220.00 | $ 0.00 |
| 2 | American Green Inc | $ 21,733.00 | $ 0.00 |
| 3 | Fifth Third Bank | $ 83,087.17 | $ 0.00 |
| 4 | Clipper Magazine Inc. | $ 7,099.00 | $ 0.00 |
| 5U | Department of the Treasury IRS | $ 6,541.24 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 97,255.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Indiana Insurance | $ 789.14 | $ 0.00 |
| 7 | Kane County Chronicle | $ 1,123.03 | $ 0.00 |
| 9 | Kaknes Landscape Supply Inc | $ 16,885.83 | $ 0.00 |
| 10 | McCann Inc | $ 4,985.98 | $ 0.00 |
| 11 | Labor Network INc | $ 71,489.86 | $ 0.00 |
| 12 | Cingular Wireless | $ 352.94 | $ 0.00 |
| 13U | Illinois Department of Revenue | $ 1,629.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                 Page 1 of 2                  Date Rcvd: Oct 20, 2010
Case: 04-40758                 Form ID: pdf006              Total Noticed: 59

The following entities were noticed by first class mail on Oct 22, 2010.
db           +RMI Automotive Inc.,   PO Box 566,   Geneva, IL 60134-0566
aty          +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
8647975      +ADT Security Services,   C/O Valentine & Kerbatas Inc.,   P.O. Box 325,   Lawrence, MA 01842-0625
8647979       AT&T,   PO Box 9001309,   Louisville, KY 40290-1309
8647977       American Express Businss Finance,   P.O. Box 53779,   Phoenix, AZ 85072-3779
8647978      +American Family Financial,   6000 American Parkway,   Madison, WI 53783-0002
8825257      +American Green Inc,   d/b/a Lurvey Landscape Supply and Garden,
               c/o Donald C Stinespring & Associates,   POB 382,   Richmond, IL 60071-0382
8647981       Bank One,   Dept. 0555,   P.O. Box 710555,   Columbus, OH 43271-0555
8647982       Beneficial Finance,   PO Box 17574,   Baltimore, MD 21297-1574
8647984       Charter One Bank,   P.O. Box 89428,   Cleveland, OH 44101-6428
8647985       Cingular Wireless,   PO Box 6428,   Carol Stream, IL 60197-6428
9348320      +Cingular Wireless,   c/o Creditors Bankruptcy Service,   POB 740933,   Dallas, TX 75374-0933
8647986      +Clipper Magazine Inc.,   3708 Hempland Rd.,   P.O. Box 610,   Mountville, PA 17554-0610
8647987       CrossCheck Inc.,   P.O. Box 6008,   Petaluma, CA 94955-6008
8647988       Daily Herald,   P.O. Box 280,   Arlington Heights, IL 60006-0280
8647989      +Donald C. Stinespring & Associates,   5414 Hill Road,   P.O. Box 382,   Richmond, IL 60071-0382
8647990       Dunteman Turf Farms,   46W340,   PO Box 91,   Kaneville, IL 60144-0091
8647991      +Ehlers Lawn & Recreation,   559 S. Main St.,   P.O. Box 8036,   Elburn, IL 60119-8036
8647993      +GMAC,   PO Box 9001952,   Louisville, KY 40290-1952
8647994      +Ground Effects,   1801 S. Bridge St.,   Yorkville, IL 60560-9669
8647995       Harris Bank,   C/O Credit Managment Services,   P.O. Box 931,   Brookfield, WI 53008-0931
10916365     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
               100 West Randolph Street Level 7-425,   Chicago, Illinois  60601)
9047040      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury IRS,   230 S Dearborn,   Stop 5014 CHI,
               Chicago, IL 60604)
8648000      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
8647997       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
8647998      +Illinois Dept. Employment Security,   33 South State St.,   10th Floor,   Chicago, IL 60603-2803
8647999      +Indiana Insurance,   P.O. Box 2050,   Keene, NH 03431-7050
8648001      +J.C. Christensen & Associates,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
9094793      +Kaknes Landscape Supply Inc,   c/o Teller Levit & Silvertrust PC,   11 E Adams St #800,
               Chicago, IL 60603-6324
8648002      +Kaknes Lanscape Supply, Inc.,   31 W. 545 Diehl Rd.,   Naperville, IL 60563-1077
8648003       Kane County Chronicle,   C/O Solomon & Leadley,   320 East Indian Trail,   Aurora, IL 60505-1760
8648004      +Kate McCraken,   1755 S. Naperville Road, Ste. 200,   Wheaton, IL 60189-5844
8648005      +Labor Network,   110 S. Neltnor Ave. Ste. 8,   West Chicago, IL 60185-2879
9112910       Labor Network INc,   c/o Roser & Vucha LLC,   920 Davis Road,   Elgin, IL 60123-1390
8648006      +Lurvey Landscape Center,   2550 E. Dempster St.,   Des Plaines, IL 60016-5303
8648007      +Mann Bracken LLC,   One Paces West Ste. 1400,   2727 Paces Ferry Rd.,   Atlanta, GA 30339-4053
9111813      +McCann Inc,   543 S Rohlwing Rd,   Addison, IL 60101-4284
8648008       McCann Inc.,   38951 Eagle Way,   Chicago, IL 60678-1389
8648009      +Mulherin, Rehfeldt, & Varchetto P.C,   211 South Wheaton Ave. Ste. 200,   Wheaton, IL 60187-5251
8648010      +NCO Financial Systems Inc.,   Dept. 750,   1804 Washington Blvd.,   Baltimore, MD 21230-1700
8648011      +New Holland Credit,   P.O. Box 3600,   Lancaster, PA 17604-3600
8648012      +Nickolaou, Michaels, & Evans LTD,   7503 W. 56th St.,   Summit, IL 60501-1331
8648014       Oxford Management Services,   CS 9018,   Melville, NY 11747
8648015       Pro Consulting Services,   P.O. Box 66510,   Houston, TX 77266-6510
8648016      +Receivable Recovery Systems Inc.,   P.O. Box 55,   Batavia, IL 60510-0055
8648017      +Richard Seierstad ESQ.,   225 N. Benton Dr. Ste. 205,   Sauk Rapids, MN 56379-1570
8648018      +Roeser & Vucha LLC,   920 Davis Road,   Elgin, IL 60123-1390
8648019       Society Insurance,   150 Camelot Dr.,   P.O. Box 1029,   Fond Du Lac, WI 54936-1029
8648020      +Southwest Credit Systems,   5910 W. Plano Parkway,   Ste. 100,   Plano, TX 75093-2202
8648021       Tecza & Sons,   1770 McDonald Rd.,   Elgin, IL 60123
8648022      +Teller, Levit & Silvertrust,   11 East Adams St.,   Chicago, IL 60603-6369
8648023      +Tezca & Sons Nurseries,   C/O Leo M. Flanagan, Jr.,   85 Market Street,   Elgin, IL 60123-5083
8648024      +Unilock Chicago Inc.,   301 East Sullivan Rd.,   Aurora, IL 60505-9762
8648025      +Wilson Nurseries,   43W967 State Route 72,   Hampshire, IL 60140-9148
8648026      +Windham Professionsl Inc.,   382 Main St.,   Salem, NH 03079-2412

The following entities were noticed by electronic transmission on Oct 20, 2010.
8647976       E-mail/PDF: recoverybankruptcy@afninet.com Oct 21 2010 03:19:03     Afni, Inc.,   404 Brock Dr.,
               PO Box 3427,   Bloomington, IL 61702-3427
8647996      +E-mail/Text: bkynotice@harvardcollect.com
               Harvard Collection Services, Inc.,   4839 Elston Avenue,   Chicago, IL 60630-2589
8647992      +E-mail/Text: megan.young@cadleco.com                         The Cadle Company IL Inc,
               100 North Center Street,   Newton Falls, OH 44444-1380
                                                                                              TOTAL: 3

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1          User: rgreen               Page 2 of 2                 Date Rcvd: Oct 20, 2010
Case: 04-40758                Form ID: pdf006            Total Noticed: 59

8647980      ##+Atlas Bobcat,    31 W. 019 North Ave.,   West Chicago, IL 60185-1060
8647983      ##+BFHC Inc.,   C/O Ross Beller,    47 Laurelhurst Circle,    The Woodlands, TX 77382-1520
8648013       ##OSI Collection Services, Inc.,    P.O. Box 931,    Brookfield, WI 53008-0931
9078665       ##OSI Portfolio Services Inc,    Bankruptcy Department,    POB 105460,   Atlanta, GA 30348-5460
                                                                                      TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**               **Signature:**   _Joseph Speetjens_