# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  RMI AUTOMOTIVE INC,                           §   Case No. 04-40758-RG
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $26,000.00  *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants: $6,191.79 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration: $11,166.83 | |

3) Total gross receipts of $   17,358.62   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $17,358.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,417.57 | 11,166.83 | 11,166.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 129,832.83 | 125,100.83 | 6,191.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 215,936.19 | 215,936.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $349,186.59 | $352,203.85 | $17,358.62 |

4) This case was originally filed under Chapter 7 on November 03, 2004. The case was pending for 77 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/25/2011     By: /s/JOSEPH R. VOILAND
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| preferential transfer - Nextel | 1241-000 | 1,515.49 |
| adv proc - Dale Robinson | 1241-000 | 5,000.00 |
| adv proc - Hinsbrook Bank | 1241-000 | 4,000.00 |
| adv proc - MidAmerica Bank | 1241-000 | 3,750.00 |
| adv proc - Don Devlin | 1241-000 | 400.00 |
| adv proc - Bob Wielondek | 1241-000 | 2,500.00 |
| Interest Income | 1270-000 | 193.13 |
| **TOTAL GROSS RECEIPTS** | | **$17,358.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,485.83 | 2,485.83 | 2,485.83 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 264.94 | 264.94 | 264.94 |
| Clerk of Bankruptcy Court, ND, IL | 2700-000 | N/A | 0.00 | 1,800.00 | 1,800.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 0.00 | 5,582.50 | 5,582.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 0.00 | 366.76 | 366.76 |
| Janson Reporting & Record Copy, Ltd | 2990-000 | N/A | 395.30 | 395.30 | 395.30 |
| Susan G. Bloom, CSR | 2990-000 | N/A | 271.50 | 271.50 | 271.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,417.57 | 11,166.83 | 11,166.83 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept. Employment Security | 5800-000 | N/A | 2,751.41 | 2,751.41 | 0.00 |
| 5P | Department of the Treasury IRS | 5800-000 | N/A | 22,699.42 | 22,699.42 | 0.00 |
| 5S | Department of the Treasury IRS | 5400-000 | N/A | 99,650.00 | 99,650.00 | 6,191.79 |
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 4,732.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 129,832.83 | 125,100.83 | 6,191.79 |

**UST Form 101-7-TDR (10/1/2010)**

Case 04-40758    Doc 73    Filed 04/13/11    Entered 04/13/11 15:00:54    Desc Main
                        Document      Page 5 of 11

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept. Employment Security | 7100-000 | N/A | 220.00 | 220.00 | 0.00 |
| 2 | American Green Inc | 7100-000 | N/A | 21,733.00 | 21,733.00 | 0.00 |
| 3 | Fifth Third Bank | 7100-000 | N/A | 83,087.17 | 83,087.17 | 0.00 |
| 4 | Clipper Magazine Inc. | 7100-000 | N/A | 7,099.00 | 7,099.00 | 0.00 |
| 5U | Department of the Treasury IRS | 7100-000 | N/A | 6,541.24 | 6,541.24 | 0.00 |
| 6 | Indiana Insurance | 7200-000 | N/A | 789.14 | 789.14 | 0.00 |
| 7 | Kane County Chronicle | 7200-000 | N/A | 1,123.03 | 1,123.03 | 0.00 |
| 9 | Kaknes Landscape Supply Inc | 7200-000 | N/A | 16,885.83 | 16,885.83 | 0.00 |
| 10 | McCann Inc | 7200-000 | N/A | 4,985.98 | 4,985.98 | 0.00 |
| 11 | Labor Network INc | 7200-000 | N/A | 71,489.86 | 71,489.86 | 0.00 |
| 12 | Cingular Wireless | 7200-000 | N/A | 352.94 | 352.94 | 0.00 |
| 13U | Illinois Department of Revenue | 7200-000 | N/A | 1,629.00 | 1,629.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 215,936.19 | 215,936.19 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-40758-RG  **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** RMI AUTOMOTIVE INC,  **Filed (f) or Converted (c):** 11/03/04 (f)
 **§341(a) Meeting Date:** 11/29/04
**Period Ending:** 03/25/11  **Claims Bar Date:** 03/14/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | accounts receivable | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 2 | 2000 Chevy 3500 Series Truck | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | tools | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 4 | preferential transfer - Nextel  (u) | 0.00 | 1,500.00 | | 1,515.49 | FA |
| 5 | adv proc - Dale Robinson  (u) | 80,000.00 | 80,000.00 | | 5,000.00 | FA |
| 6 | adv proc - Hinsbrook Bank  (u) | 20,000.00 | 20,000.00 | | 4,000.00 | FA |
| 7 | adv proc - MidAmerica Bank  (u) | 80,000.00 | 80,000.00 | | 3,750.00 | FA |
| 8 | adv proc - Don Devlin  (u) | 5,000.00 | 5,000.00 | | 400.00 | FA |
| 9 | adv proc - Bob Wielondek  (u) | 11,700.00 | 11,700.00 | | 2,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 193.13 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$222,700.00** | **$213,200.00** | | **$17,358.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2007   **Current Projected Date Of Final Report (TFR):**   October 19, 2010  (Actual)

Printed: 03/25/2011 07:50 PM   V.12.54

Case 04-40758   Doc 73   Filed 04/13/11   Entered 04/13/11 15:00:54   Desc Main
Document      Page 7 of 11

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-40758-RG  
**Case Name:** RMI AUTOMOTIVE INC,

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account

**Taxpayer ID #:** **-***3256  
**Period Ending:** 03/25/11

**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/05 | {4} | Nextel | recovery of preferential transfer (nextel) | 1241-000 | 1,515.49 | | 1,515.49 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.02 | | 1,515.51 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.53 | | 1,516.04 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.58 | | 1,516.62 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.60 | | 1,517.22 |
| 10/04/05 | 1001 | Janson Reporting & Record Copy, Ltd | transcription fee Re: dep of John Broderick | 2990-000 | | 395.30 | 1,121.92 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.57 | | 1,122.49 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.51 | | 1,123.00 |
| 12/20/05 | 1002 | Susan G. Bloom, CSR | Court Reporter fees   re: Robinson deposition | 2990-000 | | 271.50 | 851.50 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.54 | | 852.04 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.48 | | 852.52 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.46 | | 852.98 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.51 | | 853.49 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.54 | | 854.03 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.58 | | 854.61 |
| 06/07/06 | {6} | Hinsbrook Bank & Trust | settlement proceeds | 1241-000 | 4,000.00 | | 4,854.61 |
| 06/14/06 | {7} | Mid America Bank | settlement proceeds | 1241-000 | 3,750.00 | | 8,604.61 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.46 | | 8,608.07 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.85 | | 8,613.92 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.85 | | 8,619.77 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.47 | | 8,625.24 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.04 | | 8,631.28 |
| 11/21/06 | {8} | Joseph R Voiland Trust Account | proceeds from cash payment - Devlin | 1241-000 | 100.00 | | 8,731.28 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.68 | | 8,736.96 |
| 12/07/06 | {5} | R & R Farms | settlement proceeds  - Robinson ap | 1241-000 | 5,000.00 | | 13,736.96 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.52 | | 13,744.48 |
| 01/10/07 | {8} | Tri-City Currency Exchange | partial payment  - Donald Devlin | 1241-000 | 300.00 | | 14,044.48 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.25 | | 14,053.73 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.00 | | 14,060.73 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.50 | | 14,068.23 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 14,075.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 14,083.75 |
| 06/13/07 | {9} | Robert Wielondek | settlement proceeds | 1241-000 | 2,500.00 | | 16,583.75 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.80 | | 16,591.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.45 | | 16,601.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.16 | | 16,610.16 |

Subtotals :    $17,276.96    $666.80

{} Asset reference(s)                                                            Printed: 03/25/2011 07:50 PM    V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-40758-RG  
**Case Name:** RMI AUTOMOTIVE INC,  

**Taxpayer ID #:** **-***3256  
**Period Ending:** 03/25/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.27 | | 16,618.43 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.76 | | 16,628.19 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.65 | | 16,636.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.47 | | 16,645.31 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.61 | | 16,652.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.41 | | 16,656.33 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.09 | | 16,659.42 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.32 | | 16,661.74 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.08 | | 16,663.82 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.11 | | 16,665.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.11 | | 16,668.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 16,670.02 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.18 | | 16,672.20 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.81 | | 16,674.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.31 | | 16,675.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 16,676.50 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,677.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 16,677.81 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 16,678.53 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,679.21 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,679.86 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 16,680.58 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,681.28 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,681.98 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,682.66 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,683.34 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,684.04 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,684.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,685.39 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 16,686.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 16,686.76 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.43 | | 16,687.19 |
| 04/20/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -16,687.19 | | 0.00 |

Subtotals : $-16,610.16  $0.00

{} Asset reference(s)                                          Printed: 03/25/2011 07:50 PM  V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-40758-RG  
**Case Name:** RMI AUTOMOTIVE INC,  
**Taxpayer ID #:** **-***3256  
**Period Ending:** 03/25/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 666.80 | 666.80 | $0.00 |
| | | | Less: Bank Transfers | | -16,687.19 | 0.00 | |
| | | | **Subtotal** | | 17,353.99 | 666.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,353.99** | **$666.80** | |

{} Asset reference(s)

Printed: 03/25/2011 07:50 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 04-40758-RG | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | RMI AUTOMOTIVE INC, | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******56-65 - Money Market Account |
| **Taxpayer ID #:** | **-***3256 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 03/25/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 16,687.19 | | 16,687.19 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.35 | | 16,687.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.99 | | 16,688.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.96 | | 16,689.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.99 | | 16,690.48 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.99 | | 16,691.47 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,691.60 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 16,691.74 |
| 11/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 16,691.82 |
| 11/19/10 | | To Account #9200******5666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 16,691.82 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,691.82 | 16,691.82 | $0.00 |
| | | | Less: Bank Transfers | | 16,687.19 | 16,691.82 | |
| | | | **Subtotal** | | **4.63** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.63** | **$0.00** | |

{} Asset reference(s)                                                                                                                    Printed: 03/25/2011 07:50 PM    V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-40758-RG  **Trustee:** JOSEPH R. VOILAND (330380)
**Case Name:** RMI AUTOMOTIVE INC,  **Bank Name:** The Bank of New York Mellon
 **Account:** 9200-******56-66 - Checking Account
**Taxpayer ID #:** **-***3256  **Blanket Bond:** $50,000,000.00  (per case limit)
**Period Ending:** 03/25/11  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/10 |  | From Account #9200******5665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 16,691.82 |  | 16,691.82 |
| 11/19/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $264.94, Trustee Expenses;  Reference: | 2200-000 |  | 264.94 | 16,426.88 |
| 11/19/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $5,582.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 5,582.50 | 10,844.38 |
| 11/19/10 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,485.83, Trustee Compensation;  Reference: | 2100-000 |  | 2,485.83 | 8,358.55 |
| 11/19/10 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $366.76, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 366.76 | 7,991.79 |
| 11/19/10 | 105 | Clerk of Bankruptcy Court, ND, IL | Dividend paid 100.00% on $1,800.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 |  | 1,800.00 | 6,191.79 |
| 11/19/10 | 106 | Department of the Treasury IRS | Dividend paid  6.21% on $99,650.00; Claim# 5S; Final distribution | 5400-000 |  | 6,191.79 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** |  | 16,691.82 | 16,691.82 | $0.00 |
| Less: Bank Transfers |  | 16,691.82 | 0.00 |  |
| **Subtotal** |  | 0.00 | 16,691.82 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| **NET Receipts / Disbursements** |  | **$0.00** | **$16,691.82** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****56-65** | 17,353.99 | 666.80 | 0.00 |
| **MMA # 9200-******56-65** | 4.63 | 0.00 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 16,691.82 | 0.00 |
|  | $17,358.62 | $17,358.62 | $0.00 |

{} Asset reference(s)   Printed: 03/25/2011 07:50 PM   V.12.54